IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

GEORGE L. WADE, JR., *et al.*                                                                PLAINTIFFS

VERSUS                                               CIVIL ACTION NO.: 2:16cv122-KS-MTP

CITY OF HATTIESBURG, MISSISSIPPI, *et al.*                                     DEFENDANTS

## ORDER AND NOTICE TO PLAINTIFF

Pursuant to Rule 4(m), Fed.R.Civ.P., if service of the summons and complaint is not made upon a defendant within 90 days after the filing of the complaint, the Court shall dismiss the action without prejudice as to the defendant(s) or direct that service be effected within a specified time. If service upon the defendants is not perfected and proof thereof filed with the court within the next 30 days (by February 13, 2017) or the Court does not extend the time for service based upon a showing of good cause, this case may be dismissed without prejudice as to the unserved defendants.

SO ORDERED this 12th day of January, 2017.

s/ Michael T. Parker
United States Magistrate Judge